UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

J. ROBERT YEOMAN and JEAN E. YEOMAN, :
:
        Plaintiffs, :
:
        v. : No. 5:17-cv-04159
:
STATE FARM FIRE & CASUALTY :
COMPANY, :
:
        Defendant. :

**O R D E R**

**AND NOW**, this 22nd day of May, 2018, upon consideration of Defendant's Motion to Dismiss, ECF No. 4, and for the reasons set forth in the Opinion issued this date, it is

**ORDERED** that the Motion, ECF No. 4, is **DENIED**.

        BY THE COURT:

        */s/ Joseph F. Leeson, Jr.*
        JOSEPH F. LEESON, JR.
        United States District Judge